**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAY 26 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ENRIQUE JEVONS, as a managing member of Jevons Properties LLC; et al., <br><br> Plaintiffs-Appellants, <br><br> v. <br><br> JAY INSLEE, in his official capacity of the Governor of the State of Washington; ROBERT FERGUSON, in his official capacity of the Attorney General of the State of Washington, <br><br> Defendants-Appellees. | No. 22-35050 <br><br> D.C. No. 1:20-cv-03182-SAB Eastern District of Washington, Yakima <br><br> ORDER |

Before: BYBEE, HURWITZ, and R. NELSON, Circuit Judges.

Appellee's motion to dismiss this appeal for lack of jurisdiction (Docket Entry No. 6) is denied without prejudice to renewing the arguments in the answering brief. *See Nat'l Indus. v. Republic Nat'l Life Ins. Co.*, 677 F.2d 1258, 1262 (9th Cir. 1982) (merits panel may consider appellate jurisdiction despite earlier denial of motion to dismiss).

The opening brief and excerpts of record are due June 24, 2022; the answering brief is due July 25, 2022; and the optional reply brief is due within 21 days after service of the answering brief.

AB/MOATT