UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
CLERK'S OFFICE - CALENDAR UNIT

**NOTICE OF RELATED CASES**

Re: 22-35050 Enrique Jevons v. Jay Inslee
22-55480 Howard Iten v. County of Los Angeles

The above cases are being assigned to the same panel in **Seattle, Washington**, during the month of **April 2023** because the cases involve related issues concerning challenges to temporary moratoriums on evictions in response to the Covid-19 pandemic.

The cases are not consolidated for oral argument, though counsel may wish to confer in order to enhance oral argument.

If you have questions, please contact the Calendar Unit at (415) 355-8190.

# General Docket
## United States Court of Appeals for the Ninth Circuit

| | |
|---|---|
| **Court of Appeals Docket #:** 22–35050 <br> **Nature of Suit:** 3440 Other Civil Rights <br> Enrique Jevons, et al v. Jay Inslee, et al <br> **Appeal From:** U.S. District Court for Eastern Washington, Yakima <br> **Fee Status:** Paid | **Docketed:** 01/18/2022 |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0980–1 : 1:20–cv–03182–SAB
  **Court Reporter:** Kim Allen
  **Court Reporter:** Renea A. Grogan
  **Trial Judge:** Stanley Allen Bastian, Chief District Judge
  **Date Filed:** 10/29/2020

| **Date Order/Judgment:** <br> 12/15/2021 | **Date Order/Judgment EOD:** <br> 12/15/2021 | **Date NOA Filed:** <br> 01/12/2022 | **Date Rec'd COA:** <br> 01/12/2022 |

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| ENRIQUE JEVONS, as a managing member of Jevons Properties LLC<br>      Plaintiff − Appellant, | Richard M. Stephens, Attorney<br>Direct: 425−453−6206<br>Email: stephens@GSKlegal.pro<br>Fax: 425−453−6224<br>[COR LD NTC Retained]<br>Stephens & Klinge, LLP<br>10900 NE 4th Street<br>Suite 2300<br>Bellevue, WA 98004<br><br>Aaron Orheim<br>Direct: 206−574−6661<br>Email: aaron@tal−fitzlaw.com<br>Fax: 206−575−1397<br>[COR NTC Retained]<br>Talmadge/Fitzpatrick<br>2775 Harbor Avenue SW<br>Third Floor, Suite C<br>Seattle, WA 98126<br><br>Philip A. Talmadge, Esquire<br>Direct: 206−574−6661<br>Email: phil@tal−fitzlaw.com<br>[COR NTC Retained]<br>Talmadge/Fitzpatrick<br>2775 Harbor Avenue SW<br>Third Floor, Suite C<br>Seattle, WA 98126 |
| JEVONS PROPERTIES LLC<br>      Plaintiff − Appellant, | Richard M. Stephens, Attorney<br>Direct: 425−453−6206<br>[COR LD NTC Retained]<br>(see above)<br><br>Aaron Orheim<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above)<br><br>Philip A. Talmadge, Esquire<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above) |
| FREYA K. BURGSTALLER, as trustee of the Freya K Burgstaller Revocable Trust<br>      Plaintiff − Appellant, | Richard M. Stephens, Attorney<br>Direct: 425−453−6206<br>[COR LD NTC Retained]<br>(see above)<br><br>Aaron Orheim<br>Direct: 206−574−6661<br>[COR NTC Retained] |

|  |  |
|---|---|
|  | (see above) |
|  | Philip A. Talmadge, Esquire<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above) |
| JAY GLENN<br>        Plaintiff − Appellant, | Richard M. Stephens, Attorney<br>Direct: 425−453−6206<br>[COR LD NTC Retained]<br>(see above) |
|  | Aaron Orheim<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above) |
|  | Philip A. Talmadge, Esquire<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above) |
| KENDRA GLENN<br>        Plaintiff − Appellant, | Richard M. Stephens, Attorney<br>Direct: 425−453−6206<br>[COR LD NTC Retained]<br>(see above) |
|  | Aaron Orheim<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above) |
|  | Philip A. Talmadge, Esquire<br>Direct: 206−574−6661<br>[COR NTC Retained]<br>(see above) |

v.

| | |
|---|---|
| JAY INSLEE, in his official capacity of the Governor of the State of Washington<br>        Defendant − Appellee, | Jeffrey T. Even, Assistant Attorney General<br>Direct: 360−586−0728<br>Email: jeffe@atg.wa.gov<br>Fax: 360−664−2963<br>[COR LD NTC Dep State Aty Gen]<br>AGWA − Office of the Washington Attorney General (Olympia)<br>P.O. Box 40100<br>1125 Washington Street, SE<br>Olympia, WA 98504−0100 |
|  | Zachary J. Pekelis<br>Direct: 206−602−1229 |

|  |  |
|---|---|
|  | Email: zach.pekelis@pacificalawgroup.com<br>[COR LD NTC Retained]<br>Pacifica Law Group, LLP<br>1191 2nd Avenue<br>Suite 2000<br>Seattle, WA 98101<br><br>Cristina Sepe, Assistant Attorney General<br>Direct: 360-753-7085<br>Email: cristina.sepe@atg.wa.gov<br>[COR LD NTC Dep State Aty Gen]<br>AGWA – Office of the Washington Attorney General<br>(Olympia)<br>P.O. Box 40100<br>1125 Washington Street, SE<br>Olympia, WA 98504-0100<br><br>Brian Hunt Rowe, Assistant Attorney General<br>Direct: 206-389-3888<br>Email: brian.rowe@atg.wa.gov<br>[COR NTC Dep State Aty Gen]<br>AGWA – OFFICE OF THE WASHINGTON ATTORNEY GENERAL (SEATTLE)<br>800 5th Avenue<br>Suite 2000<br>Seattle, WA 98104-3188 |
| ROBERT FERGUSON, in his official capacity of the Attorney General of the State of Washington<br>      Defendant – Appellee, | Jeffrey T. Even, Assistant Attorney General<br>Direct: 360-586-0728<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Zachary J. Pekelis<br>Direct: 206-602-1229<br>[COR LD NTC Retained]<br>(see above)<br><br>Cristina Sepe, Assistant Attorney General<br>Direct: 360-753-7085<br>[COR LD NTC Dep State Aty Gen]<br>(see above)<br><br>Brian Hunt Rowe, Assistant Attorney General<br>Direct: 206-389-3888<br>[COR NTC Dep State Aty Gen]<br>(see above) |

**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 22–55480<br>**Nature of Suit:** 3440 Other Civil Rights<br>Howard Iten v. County of Los Angeles<br>**Appeal From:** U.S. District Court for Central California, Los Angeles<br>**Fee Status:** Paid | **Docketed:** 05/12/2022 |

**Case Type Information:**
  1) civil
  2) private
  3) null

**Originating Court Information:**
  **District:** 0973–2 : 2:21–cv–00486–DDP–JEM
  **Court Reporter:** Maria Rita Bustillos, Official Court Reporter
  **Court Reporter:** Alberto V. Ortiz, Court Reporter Supervisor
  **Trial Judge:** Dean D. Pregerson, Senior District Judge
  **Date Filed:** 01/19/2021

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 04/15/2022 | 04/15/2022 | 05/12/2022 | 05/12/2022 |

**Prior Cases:**
  None

**Current Cases:**
  None

| | |
|---|---|
| HOWARD ITEN<br>    Plaintiff – Appellant, | Damien Michael Schiff<br>Direct: 916−419−7111<br>Email: dschiff@pacificlegal.org<br>Fax: 916−419−7747<br>[COR LD NTC Retained]<br>Pacific Legal Foundation<br>555 Capitol Mall<br>Suite 1290<br>Sacramento, CA 95814<br><br>Lawrence G. Salzman, Attorney<br>Direct: 916−419−7111<br>Email: LSalzman@pacificlegal.org<br>Fax: 916−419−7747<br>[COR NTC Retained]<br>Pacific Legal Foundation<br>555 Capitol Mall<br>Suite 1290<br>Sacramento, CA 95814<br><br>Kathryn Daly Valois, Attorney<br>Direct: 561−691−5000<br>Email: kvalois@pacificlegal.org<br>Fax: 916−419−7747<br>[COR NTC Retained]<br>Pacific Legal Foundation<br>4440 PGA Boulevard<br>Suite 307<br>Palm Beach Gardens, FL 33410 |
| v. | |
| COUNTY OF LOS ANGELES<br>    Defendant – Appellee, | Andrew Baum<br>Direct: 310−282−6298<br>Email: abaum@glaserweil.com<br>[COR LD NTC Retained]<br>Glaser Weil Fink Howard Avchen & Shapiro, LLP<br>10250 Constellation Boulevard<br>19th Floor<br>Los Angeles, CA 90067<br><br>Timothy T, Coates, Attorney<br>Direct: 310−859−7811<br>Email: tcoates@gmsr.com<br>Fax: 310−276−5261<br>[COR NTC Retained]<br>Greines, Martin, Stein & Richland, LLP<br>6420 Wilshire Boulevard<br>Suite 1100<br>Los Angeles, CA 90048<br><br>Jesse B. Levin, Esquire |

Direct: 310–553–3000
Email: jlevin@glaserweil.com
Fax: 310–556–2920
[COR NTC Retained]
Glaser Weil Fink Howard Avchen & Shapiro, LLP
10250 Constellation Boulevard
19th Floor
Los Angeles, CA 90067

Sayuj Panicker
Direct: 213–974–1845
Email: spanicker@counsel.lacounty.gov
[COR NTC Retained]
648 Hall of Admin
648 Kenneth Hahn Hall of Administration
500 West Temple Street
Los Angeles, CA 90012–2713

Edward L. Xanders
Direct: 323–330–1030
Email: exanders@gmsr.com
[COR NTC Retained]
Greines, Martin, Stein & Richland, LLP
6420 Wilshire Boulevard
Suite 1100
Los Angeles, CA 90048